Submitted on record and briefs November 22, reversed and remanded for reconsideration of attorney fees award; otherwise affirmed December 18, 1991

In the Matter of the Compensation of
Robert A. Depretto, Claimant.

Robert A. DEPRETTO,
*Petitioner,*

v.

BROOKS RESOURCES
and SAIF Corporation,
*Respondents.*

(90-01829; CA A69325)

821 P2d 448

Philip H. Garrow, Bend, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Thomas E. Ewing, Assistant Attorney General, Salem, filed the brief for respondents.

Before Joseph, Chief Judge, and Rossman and De Muniz, Judges.

PER CURIAM

## PER CURIAM

Employer concedes that claimant is entitled to reasonable attorney fees. ORS 656.386(1); *Jones v. OSCI*, 108 Or App 230, 814 P2d 558 (1991).

Reversed and remanded for reconsideration of attorney fees award; otherwise affirmed.